IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGELIO SALAICES-ARENALES

    Defendant.                                                                                  Case No. 03-cr-30164-DRH

## ORDER

**HERNDON, District Judge:**

The Court having reviewed counsel for the Defendant's Motion to Continue the Revocation Hearing (Doc. 156) and after consideration of reasons stated therein, the Court hereby **GRANTS** the continuance. The Revocation Hearing in this matter is continued until after the matter of 06-M-6098-CJP and the indictment which follows is resolved. Therefore, the Hearing will be set at a later date.

Under the circumstances, the Court finds that the ends of justice served by the necessary continuance outweigh the best interests of the public and the defendant in a speedy trial, and therefore determines that any time elapsed is to be "excluded time" pursuant to **18 U.S.C. § 3161(h)**, if such should be found to be applicable.

**IT IS SO ORDERED**.

Signed this 27th day of October, 2006.

                                                        /s/          David RHerndon
                                                        **United States District Judge**