IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGELIO SALAICES-ARENALES

    Defendant.                              Case No. 03-cr-30164-DRH

## ORDER

**HERNDON, District Judge:**

On October 27, 2006, the Court issued an Order (Doc. 157) granting defendant Salaices-Arenales's Motion to Continue the Revocation Hearing (Doc. 156). The Revocation Hearing was continued until a time after the matter of 06-M-6098-CJP and the indictment which follows was resolved. Since that Order was entered, the indictment against Defendant has become a new criminal matter, captioned as ***United States v. Salaices-Arenales*, Case No. 06-cr-30151-GPM (S.D. Ill.)**.

Because the charge for the new case, No. 06-30151, is the same as the basis for the revocation in the instant matter (illegal re-entry into the United States after deportation by a felon in violation of **8 U.S.C. §§ 1326(a)** and **(b)(2)**), the two should be presided over by the same District Judge in order to maintain consistency and judicial efficiency. Therefore, the Court hereby **TRANSFERS** the revocation of defendant

Salaices-Arenales to the Honorable Chief District Judge G. Patrick Murphy, and hereby amends the case number pertaining to defendant Salaices-Arenales to 03-cr-30164-02-GPM.

**IT IS SO ORDERED**.

Signed this 27th day of November, 2006.

/s/       David   RHerndon
**United States District Judge**